G. FRED METOS
Attorney at Law
299 East Main, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 535-4350
Fax: (801) 961-4001
Email: fred@gfredmetos.com

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHAD AUSTIN BAWEN,<br><br>Defendant. | EX PARTE ORDER APPOINTING CO-COUNSEL<br><br>Case Number: 2:22-cr-0481<br><br>Magistrate Judge Dustin Pead |

Based on the motion of the defendant and good cause shown:

It is hereby ORDERED that Kathy Nester is appointed pursuant to 18 U.S.C. §3006A to represent the defendant Chad Austin Bawden as co-counsel in the above-entitled case.

DATED this _____ day of December, 2022.

_____
THE HONORABLE DUSTIN PEAD
United States Magistrate Judge